**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-420-RLH (PAL) |
| ) | |
| MICHAEL R. LYONS, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on January 4, 2011, defendant MICHAEL R. LYONS pled guilty to a One-Count Superseding Indictment charging him with Felon in Possession of a Firearm and Ammunition in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Indictment and the offense to which defendant MICHAEL R. LYONS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (A)    Sig Sauer P220 .45 caliber pistol, serial number G348244; and

    (B)    any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

. . .

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  United States of America should seize the aforementioned property.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4  MICHAEL R. LYONS in the aforementioned property is forfeited and is vested in the United States
5  of America and shall be safely held by the United States of America until further order of the Court.

6  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
7  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
8  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
9  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
10 the name and contact information for the government attorney to be served with the petition, pursuant
11 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

12 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
13 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
15 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
16 following address at the time of filing:

17         MICHAEL A. HUMPHREYS
        Assistant United States Attorney
18         DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
19         Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
20         Las Vegas, Nevada 89101.

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.

5   DATED this  7th   day of _____January_____, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on January 6, 2010 by the below identified method of service:

E-mail/ECF

Jason F. Carr
Richard F. Boulware
Federal Public Defender
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG; Richard_Boulware@FD.ORG
Counsel for Michael R. Lyons

                                         /s/AlexandraMMcWhorter
                                         ALEXANDRA M. MCWHORTER
                                         Forfeiture Support Associate Paralegal