```
                    FILED
                  JUN - 8 2011
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL LYONS, ) <br> ) <br> Defendant. ) | 2:10-CR-420-RLH (PAL) |

### FINAL ORDER OF FORFEITURE

On January 7, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section and 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MICHAEL LYONS to a criminal offense, forfeiting specific property alleged in the Superseding Indictment and shown by the United States to have a requisite nexus to the offense to which defendant MICHAEL LYONS pled guilty. #32, #45.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on January 27, 2011, February 3, 2011, and February 10, 2011, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #46.

On April 12, 2011, Curtis Briggs was personally served with copies of the Preliminary Order of Forfeiture, Notice, and the Petition, Stipulation for Return of Property and Order. #54.

. . .

. . .

1    On April 27, 2011, the Petition, Stipulation for Return of Property and Order was filed. #55.
2    On May 3, 2011, the Order granting the Petition, Stipulation for Return of Property was entered with
3    the Court. #57.

4    This Court finds no other petitions were filed herein by or on behalf of any person or entity
5    and the time for filing such petitions and claims has expired.

6    This Court finds no petitions are pending with regard to the assets named herein and the time
7    for presenting such petitions has expired.

8    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
11   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
12   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
13   law:

14        a.    Sig Sauer P220 .45 caliber pistol, serial number G348244.

15   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17   any income derived as a result of the United States of America's management of any property forfeited
18   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20   certified copies to the United States Attorney's Office.

21   DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

2